## LEACH *v.* CHANDLER and others.

*(Circuit Court, D. Indiana.  October 24, 1883.)*

PATENT LAW—PRACTICE—MISJOINDER OF CAUSES OF ACTION.

In Equity.
*Mr. Leach,* for plaintiff.
*West & Bond* and *Stanton & Scott,* for defendant.

WOODS, J. A bill which, under section 4918 of the Revised Statutes, upon proper averment, prays an adjudication concerning conflicting patents, and also alleges an infringement of the plaintiff's patent by the defendant by reason of the manufacture and sale by the latter of articles constructed under his letters, and prays an accounting and damages, is not demurrable for misjoinder of causes of action.